IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JOHN R. BOYER                                                                                           PLAINTIFF

V.                                   CASE NO. 1:16-CV-49-KGB-BD

STANLEY HANEY, et al.                                                                          DEFENDANTS

**RECOMMENDED DISPOSITION**

I.   **Procedures for Filing Objections:**

This Recommended Disposition ("Recommendation") has been sent to Judge Kristine G. Baker.  You may file written objections to this Recommendation.  If you file objections, they must be specific and must include the factual or legal basis for your objection.  Your objections must be received in the office of the United States District Court Clerk within fourteen (14) days of the date of this Recommendation.

If no objections are filed, Judge Baker can adopt this Recommendation without independently reviewing the record.  By not objecting, you may also waive any right to appeal questions of fact.

II.   **Discussion:**

Plaintiff John Boyer, an inmate at the Sharp County Detention Center, filed this case without the help of a lawyer under 42 U.S.C. § 1983.  (Docket entry #1)  Mr. Boyer is proceeding *in forma pauperis* (IFP).

After reviewing Mr. Boyer's Complaint, it was unclear to the Court how the Defendants had violated Mr. Boyer's constitutional rights.  The Court gave Mr. Boyer

thirty days to amend his complaint.  He was directed to explain how each Defendant had violated his constitutional rights and caused him injury.  (#11)  The Court specifically cautioned Mr. Boyer that his claims could be dismissed if he failed to amend his complaint.

To date, Mr. Boyer has not responded to the Court's July 26, 2016 Order, and the time allowed for doing so has expired.

### III.   Conclusion:

The Court recommends that Mr. Boyer's claims be DISMISSED, without prejudice, based on his failure to amend his complaint as directed in the July 26, 2016 Order and his failure to prosecute this lawsuit.  See Local Rule 5.5.

DATED this 29th day of August, 2016.

_____
UNITED STATES MAGISTRATE JUDGE