## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**JOHN R. BOYER**                                                                            **PLAINTIFF**

**v.**                   **Case No. 1:16-cv-49 KGB-BD**

**STANLEY HANEY,** *et al*.                                                        **DEFENDANTS**

## ORDER

The Court has received the Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere (Dkt. No. 12). Mr. Boyer has not filed objections to the Recommendation, and the time for filing objections has passed. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Boyer's claims are dismissed without prejudice.

It is so ordered, this 6th day of December, 2016.

                                                                        */s/ Kristine G. Baker*
                                                                        Kristine G. Baker
                                                                        United States District Judge