**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**JOHN R. BOYER**                                                  **PLAINTIFF**

**v.**                 **Case No. 1:16-cv-49 KGB-BD**

**STANLEY HANEY,** *et al***.**                                      **DEFENDANTS**

## JUDGMENT

Consistent with the order that was entered on this day, it is considered, ordered, and adjudged that this case is dismissed without prejudice. The relief requested is denied.

It is so ordered this 6th day of December, 2016.

_____
Kristine G. Baker
United States District Judge